UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| FRANK HUNG, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 3:23-CV-145-KAC-JEM |
| ) | |
| VESPER PROPERTIES DEVELOPMENT, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In the Order Dismissing Action Without Prejudice, the Court **DISMISSED** this action without prejudice under Federal Rule of Civil Procedure 41(a)(2). Accordingly, the Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
 *s/ LeAnna R. Wilson*
 CLERK OF COURT